IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                September 2, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Bernique Abiakam

_____

Civil Action No. 10-cv-01248-RPM

UNION PACIFIC RAILROAD,                                    Torriano N. Garland

    Plaintiff,

v.

PROLOGIS,                                                  Lorna H. Horton

    Defendant.

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**10:01 a.m.**     **Court in session.**

Court's preliminary remarks.

10:05 a.m.     Argument by Mr. Garland
10:17 a.m.     Argument by Ms. Horton.

**ORDERED:**   Plaintiff's Motion for Summary Judgment [11], is granted with respect to the reasonableness of the settlement and denied in all other respects.

**Counsel are instructed to confer to develop a discovery schedule on the limited issue of the condition of the railroad track at the time of the injury.**

**ORDERED:**   Plaintiff's Motion to Quash and for Protective Order as to Depositions of Alice Stigter, H. Ford Demming, Max Ferguson, Neil Scott and Scott Neumann [16], is granted.

    Counsel shall deliver in paper format a proposed scheduling order to include the issue of whether the parties waive jury demand directly to chamber by October 3, 2011.

**10:26 a.m. Court in recess.**     Hearing concluded.  Total time: 25 min.