**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  10-cv-01248-RPM

**UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,**

Plaintiff,

v.

**PROLOGIS,**

Defendant.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

**THIS COURT**, having reviewed the Stipulated Motion to Dismiss with Prejudice and all related matters, hereby **GRANTS** said Motion.  The above captioned case is hereby dismissed by Plaintiff Union Pacific Railroad Company with prejudice against ProLogis with each party paying their own attorneys' fees and costs.

Dated and signed this 4th day of January, 2012.

By the Court:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge